B 210A (Form 210A) (12/09)

UNITED STATES BANKRUPTCY COURT

District of South Carolina (Spartanburg)

In re: **LaSharra Barber Baxter**                                          Case No. **17-05718-hb**
    *fka* **LaSharra Barber**

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **U.S. Bank Trust National Association** <br> **As Trustee of Bungalow Series III Trust** <br> Name of Transferee <br> Name and Address where notices to transferee <br> should be sent: <br> **SN Servicing Corp.** <br> **323 Fifth Street** <br> **Eureka, CA 95501** | **Wells Fargo USA Holdings Inc.** <br><br> Name of Transferor <br> Court Claim # (if known): **4-2** <br> Amount of Claim: **$61,546.74** <br> Date Claim Filed: **4/13/18** |
| Phone: **(800)603-0836** <br> Last Four Digits of Acct. #: **4954** | Phone: **800-274-7025** <br> Last Four Digits of Acct.#:**3139** |

Name and Address where transferee payments
should be sent (if different from above):

**SN Servicing Corp.**
**PO Box 660820**
**Dallas, TX 75266**


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By:    /s/ January N. Taylor          Date: 10-9-18
        January N. Taylor
        SC State Bar No. 6079
        McMichael Taylor Gray, LLC
        3550 Engineering Drive, Suite 260
        Peachtree Corners, GA 30092
        (404)474-7149
        jtaylor@mtglaw.com
        Attorney for Transferee

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2018 a true and correct copy of the Transfer of Claim was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed below:

LaSharra Barber Baxter
1110 Mckinnon Drive
Rock Hill, SC 29732

F. Lee O'Steen
O'Steen Law Firm, LLC
PO Box 36534
Rock Hill, SC 29732

Gretchen D. Holland
Ch. 13 Trustee Office
20 Roper Corners Circle, Suite C
Greenville, SC 29615

U.S. Trustee
US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly St.
Suite 953
Columbia, SC 29201

/s/ January N. Taylor
January N. Taylor
SC State Bar No. 6079
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
(404)474-7149
jtaylor@mtglaw.com
Attorney for Transferee